# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan (Detroit)

In re: Ryan Steadman and Tiffany Steadman
Debtor

Case No. 10-53194
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAC Home Loans Servicing, L.P.
**Court claim no.** (if known): 6
**Last four digits** of any number you use to identify the debtor's account: 1513
**Date of payment change:** Must be at least 21 days after date of this notice: 08/01/2012
**New total payment:** Principal, Interest, and escrow, if any: $809.29

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $217.00
New escrow payment: $203.29

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:
New interest rate:
Current principal and interest payment:
New principal and interest payment:

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:
Current mortgage payment:
New mortgage payment:

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.      ☐ I am the creditor's authorized agent.
                                (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Catoshia Pelayo                                              Date   07/05/2012
   Assistant Vice President (Approved by: Judy Graves)

Print:   Catoshia Pelayo                                           Title   Assistant Vice President (Approved by: Judy Grave

Company   Bank of America, N.A.                                    Specific Contact Information:
Address   2380 Performance Dr                                      Phone: 214-209-8449
          Richardson, TX 75082                                     Email: catoshia.pelayo@bankofamerica.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 05, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Ryan Steadman
3175 23rd
Wyandotte, MI 48192


Tiffany Steadman
3175 23rd
Wyandotte, MI 48192


Debtor's Attorney:

Jesse R. Sweeney
30555 Southfield
Suite 400
Southfield, MI 48076

Jesse R. Sweeney
30555 Southfield
Suite 400
Southfield, MI 48076


Trustee:

Krispen S. Carroll
719 Griswold
1100 Dime Building
Detroit, MI 48226


/s/ Bill Taylor

Authorized Agent

0-7e620827-875c-4785-9093-f5d69425675b



**Bank of America Home Loans**

**Customer Service**
PO Box 5170
Simi Valley, CA 93062-5170

Notice date: 05/10/2012
**Account No.:** ▇▇▇▇▇▇
Property address:
3175 23rd St.
Wyandotte, MI 48192



0009483 01 MB 0.401 **AUTO T5 0 2964 48192-5310
MSO XW AG 074------0--2-9B C0000077 IN P09492
RYAN J & TIFFANY A STEADMAN
3175 23rd St
Wyandotte MI 48192-5310

## IMPORTANT MESSAGE ABOUT YOUR LOAN

Enclosed is an escrow analysis for your loan. The purpose of this notification is to advise you that the escrow portion of your payment is changing to $203.29 effective August 01, 2012.

## WHAT THIS MEANS

This notification is for informational purposes only. Your next statement will arrive shortly. It will provide a payment coupon and will include the new escrow payment amount of $203.29.

## ADDITIONAL INFORMATION

| | |
|---|---:|
| Principal Balance | $88,909.28 |
| Partial Payment Balance (unapplied funds) | $786.91 |
| Home loan payment due 06/01/2012 | $823.00 |

This informational notice is being sent to the following borrowers at address set forth above in reference to the Chapter 13 Bankruptcy filing: RYAN J STEADMAN, TIFFANY A STEADMAN

## WHAT YOU NEED TO DO

Please keep this notification for your records.

## THANK YOU FOR YOUR BUSINESS

For additional information regarding your escrow analysis, or any other account details, call 1.800.669.5224, Monday-Friday 7a.m. - 7p.m. Local Time. The address for general inquiries and all RESPA Qualified Written Requests is: Bank of America, N.A., Attn: Customer Service CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170.



Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.



**Bank of America**
**Home Loans**

**Account Number** ▮▮▮▮▮▮  Statement date
05/10/2012

Property address
3175 23rd St.

Ryan J & Tiffany A Steadman

## ESCROW ACCOUNT REVIEW

**ESCROW EXPLAINED**
Part of your monthly loan payment goes into an account to pay for your property taxes and insurance premiums. During the year, payments are made out of this account when bills come due. This notice describes any changes needed in your monthly payment to maintain enough money in your escrow account to pay these bills. In our step-by-step analysis, we determine the data shown below to calculate your new escrow payment.

*See below for:*
- an in-depth explanation of each step of your escrow analysis
- side-by-side comparison of last year's projected and actual data

**SUMMARY**

| | | |
|---|---|---|
| Base amount needed *(see Step 1)* | The expected monthly amount needed to pay your property taxes and insurance premiums | $203.29 |
| Shortage payment *(see Step 2)* | **The monthly amount you must pay into your escrow account to keep the balance from falling below zero during the year** | $0.00 |
| Reserve requirement *(see Step 3)* | The monthly amount allowed by federal law for unexpected tax and insurance increases and other costs | $0.00 |
| **New monthly escrow payment** *(see Step 4)* | | **$203.29** |
| **New monthly home loan payment effective 08/2012** *(see Step 4)* | | **$809.29** |

## HOW WE CALCULATE YOUR ESCROW PAYMENT

**STEP 1** **Determine base amount needed for the year**

| Escrow items | Amount needed | Frequency in months | Monthly amount needed | |
|---|---|---|---|---|
| City taxes | $1,186.45 | 12 | $98.87 | |
| Homeowners insurance | 509.00 | 12 | 42.42 | |
| FHA MIP | 36.30 | 1 | 36.30 | |
| City taxes | 308.47 | 12 | 25.71 | |
| **Total monthly base payment amount** | | | | **$203.29** |

**STEP 2** **Determine lowest projected balance**

In the chart located below, we project the amounts you will pay into your escrow account next year and the amounts we will pay out for your insurance and tax bills. Remember, these figures are only projections and may not reflect the actual payments made at the time they are due.

| Month | Escrow deposit(s) | Tax payment(s) | Insurance payment(s) | MIP/PMI payment(s) | Balance | |
|---|---|---|---|---|---|---|
| **Beginning balance** | | | | | **$2,382.37** | **D** |
| August 2012 | 203.29 | 1,186.45 | | 36.30 | 1,362.91 | * |
| September 2012 | 203.29 | | | 36.30 | 1,529.90 | |
| October 2012 | 203.29 | | | 36.30 | 1,696.89 | |
| November 2012 | 203.29 | | | 36.30 | 1,863.88 | |
| December 2012 | 203.29 | 308.47 | | 36.30 | 1,722.40 | |
| January 2013 | 203.29 | | | 36.30 | 1,889.39 | |
| February 2013 | 203.29 | | | 36.30 | 2,056.38 | |
| March 2013 | 203.29 | | | 36.30 | 2,223.37 | |
| April 2013 | 203.29 | | | 36.30 | 2,390.36 | |
| May 2013 | 203.29 | | | 36.30 | 2,557.35 | |
| June 2013 | 203.29 | | | 36.30 | 2,724.34 | |
| July 2013 | 203.29 | | 509.00 | 36.30 | 2,382.33 | |
| **Ending balance** | | | | | **$2,382.33** | |

| | |
|---|---|
| **Lowest projected balance** | **$1,362.91** |
| **Shortage payment amount** | **$0.00** |

\* Lowest projected balance (LPB)

D-The letter (D) beside the escrow balance amount indicates that your mortgage payments are delinquent, and the Beginning balance from Step 2 of HOW WE CALCULATE YOUR ESCROW PAYMENT will not match the Actual Ending balance from the LAST YEAR IN REVIEW section.

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

Your Lowest Projected Balance (LPB) reflects a balance above zero. In the next step, we will compare this amount to your escrow reserve requirement to determine if there is an overage.

**STEP 3** **Determine reserve requirement**

Federal law allows for the collection of a reserve amount to maintain a cushion for unexpected tax and/or insurance increases and other costs. The reserve used for this period is shown below.

| | | |
|---|---|---|
| Lowest projected balance *(see step 2 above)* | $1,362.91 | |
| Total reserve requirement (16.6% of the base amount) * | 332.65 | |
| Additional amounts required | .00 | |
| **Monthly reserve requirement ($0.00 divided by 12)** | | **$0.00** |
| **Available overage** | **$1,361.99** | |

\* Base amount equals the total of payments anticipated to be paid out of the escrow account during the year but excludes PMI/MIP amounts.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.
0009483 0001452

4 of 6

| STEP 3 | **Determine reserve requirement - continued** |
|---|---|
| | Our records reflect that your Lowest Projected Balance (LPB) exceeds the reserve requirement amount. As a result, it is anticipated that you will have an overage of funds. Provided that your loan payments are current and there are no unexpected changes, we will forward an escrow overage check on 06/09/12 which you should receive within 10 days after mailing. Please note that we are unable to forward overage checks if your loan is undergoing a loan assumption. Any available overage of less than $50.00 will be credited to your escrow account and can possibly lower your monthly escrow payment. |

**STEP 4  Determine monthly payments**

**Calculation of monthly escrow payment**

| | |
|---|---|
| Base amount needed for taxes and/or insurance *(see Step 1)* | $203.29 |
| Shortage payment *(see Step 2)* | .00 |
| Reserve requirement *(see Step 3)* | .00 |
| **Total monthly escrow payment** | **$203.29** |

**Calculation of monthly home loan payment**

| | |
|---|---|
| Principal and/or interest | $606.00 |
| Total monthly escrow payment | 203.29 |
| **Total monthly home loan payment effective 08/2012** | **$809.29** |

## LAST YEAR IN REVIEW

**Current analysis compared to previous**             **Monthly amount**

| Amount needed for taxes and insurance | Last analysis | This analysis |
|---|---|---|
| City taxes | $113.03 | $98.87 |
| Homeowners insurance | 42.42 | 42.42 |
| FHA MIP | 36.82 | 36.30 |
| City taxes | 24.74 | 25.71 |
| Total base escrow payment | $217.00 | $203.29 |
| Shortage payment | .00 | .00 |
| Reserve requirement | .00 | .00 |
| Rounding amount | .00 | .00 |
| **Monthly escrow payment** | **$217.00** | **$203.29** |
| Principal and/or interest | $606.00 | $606.00 |
| Monthly escrow payment | 217.00 | 203.29 |
| **Total payment amount** | **$823.00** | **$809.29** |

**Summary of escrow change**

As shown, your base escrow amount decreased. Your reserve percentage remained unchanged. Your reserve payment remained unchanged. The result of these issues caused your total escrow payment to decrease. Additionally, you were left with a overage.

A side-by-side comparison of last year's projected escrow account activity and actual activity can be found below.

**Last year's escrow payments**

*Projected*                                                                                  *Actual*

| Date | Activity | Paid in | Paid out | Balance | | Date | Activity | Paid in | Paid out | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning balance | | | $2,801.05 | | | Beginning balance | | | $38.70 | |
| 06/02/2011 | FHA MIP | | 36.82 | 2,764.23 | | 08/04/2011 | FHA MIP payment | | 36.82 | 1.88 | |
| 07/02/2011 | Homeowners insurance | | 509.00 | 2,255.23 | | 08/04/2011 | City tax pmt | | 1,186.45 | -1,184.57 | |
| 07/02/2011 | FHA MIP | | 36.82 | 2,218.41 | | 09/07/2011 | FHA MIP payment | | 36.30 | -1,220.87 | * |
| 08/01/2011 | Aug Payment | 217.00 | | 2,435.41 | | 09/13/2011 | Nov Payment | 242.19 | | -978.68 | |
| 08/02/2011 | FHA MIP | | 36.82 | 2,398.59 | | 09/22/2011 | Dec Payment | 242.19 | | -736.49 | |
| 08/02/2011 | City taxes | | 1,356.30 | 1,042.29 | * | 10/06/2011 | FHA MIP payment | | 36.30 | -772.79 | |
| 09/01/2011 | Sep Payment | 217.00 | | 1,259.29 | | 11/04/2011 | FHA MIP payment | | 36.30 | -809.09 | |
| 09/02/2011 | FHA MIP | | 36.82 | 1,222.47 | | 11/23/2011 | Jan Payment | 242.19 | | -566.90 | |
| 10/01/2011 | Oct Payment | 217.00 | | 1,439.47 | | 11/23/2011 | Feb Payment | 242.19 | | -324.71 | |
| 10/02/2011 | FHA MIP | | 36.82 | 1,402.65 | | 11/23/2011 | Mar Payment | 242.19 | | -82.52 | |
| 11/01/2011 | Nov Payment | 217.00 | | 1,619.65 | | 12/06/2011 | FHA MIP payment | | 36.30 | -118.82 | |
| 11/02/2011 | FHA MIP | | 36.82 | 1,582.83 | | 12/12/2011 | City tax pmt | | 308.47 | -427.29 | |
| 12/01/2011 | Dec Payment | 217.00 | | 1,799.83 | | 12/27/2011 | Apr Payment | 242.19 | | -185.10 | |
| 12/02/2011 | FHA MIP | | 36.82 | 1,763.01 | | 01/06/2012 | FHA MIP payment | | 36.30 | -221.40 | |
| 12/02/2011 | City taxes | | 296.89 | 1,466.12 | | 01/30/2012 | May Payment | 242.19 | | 20.79 | |
| 01/01/2012 | Jan Payment | 217.00 | | 1,683.12 | | 02/06/2012 | FHA MIP payment | | 36.30 | -15.51 | |
| 01/02/2012 | FHA MIP | | 36.82 | 1,646.30 | | 02/13/2012 | Jun Payment | 242.19 | | 226.68 | |
| 02/01/2012 | Feb Payment | 217.00 | | 1,863.30 | | 03/06/2012 | FHA MIP payment | | 36.30 | 190.38 | |
| 02/02/2012 | FHA MIP | | 36.82 | 1,826.48 | | 03/23/2012 | Jul Payment | 242.19 | | 432.57 | |
| 03/01/2012 | Mar Payment | 217.00 | | 2,043.48 | | 04/05/2012 | FHA MIP payment | | 36.30 | 396.27 | |
| 03/02/2012 | FHA MIP | | 36.82 | 2,006.66 | | 04/19/2012 | Aug Payment | 217.00 | | 613.27 | |
| 04/01/2012 | Apr Payment | 217.00 | | 2,223.66 | | 04/23/2012 | Sep Payment | 217.00 | | 830.27 | |
| 04/02/2012 | FHA MIP | | 36.82 | 2,186.84 | | 05/04/2012 | FHA MIP payment | | 36.30 | 793.97 | |
| 05/01/2012 | May Payment | 217.00 | | 2,403.84 | | 05/10/2012 | Oct Payment | 217.00 | | 1,010.97 | P |
| 05/02/2012 | FHA MIP | | 36.82 | 2,367.02 | | 05/10/2012 | Nov Payment | 217.00 | | 1,227.97 | P |
| 06/01/2012 | Jun Payment | 217.00 | | 2,584.02 | | 06/01/2012 | FHA MIP | | 36.30 | 1,191.67 | P |
| 06/02/2012 | FHA MIP | | 36.82 | 2,547.20 | | 07/02/2012 | FHA MIP | | 36.30 | 1,155.37 | P |
| 07/01/2012 | Jul Payment | 217.00 | | 2,764.20 | | 07/03/2012 | Homeowners insurance | | 509.00 | 646.37 | P |
| 07/02/2012 | Homeowners insurance | | 509.00 | 2,255.20 | | | **Ending balance** | | | **$646.37** | D |




10-53194-pjs    Doc 32    Filed 07/05/12    Entered 07/05/12 17:26:44    Page 7 of 9

0009483 0001452

**Last year's escrow payments - cont.**

| *Projected* | | | | | *Actual* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Activity | Paid in | Paid out | Balance | Date | Activity | Paid in | Paid out | Balance |
| 07/02/2012 | FHA MIP | | 36.82 | 2,218.38 | | | | | |
| | **Ending balance** | | | **$2,218.38** | | | | | |

\* Lowest projected balance

D - The letter (D) beside the escrow balance amount indicates that your mortgage payments are delinquent, and the Beginning balance from Step 2 of HOW WE CALCULATE YOUR ESCROW PAYMENT will not match the Actual Ending Balance from the LAST YEAR IN REVIEW section.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

At the time of analysis, Bank of America, N.A. assumes that all scheduled mortgage payments will be made to the effective date of your new payment.

